**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7274

JAY NEWTON,

                    Plaintiff - Appellant,

          v.

G. K. WASHINGTON, Regional Director; D. M. VAUGHAN, Warden;
S. A. TINSLEY, Investigator; WALKER, Investigator; D.
SAUNDERS, Hearing Officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:08-cv-00599-LMB-JFA)

Submitted: January 22, 2009        Decided: February 23, 2009

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Newton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Newton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] Newton v. Washington, No. 1:08-cv-00599-LMB-JFA (E.D. Va. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We specifically note that Newton's claim that he is excused from administratively grieving his claims based on futility is without merit. See Booth v. Churner, 532 U.S. 731, 741 n.6 (2004).